1    McGREGOR W. SCOTT
     United States Attorney
2    YOSHINORI H. T. HIMEL #66194
     Assistant United States Attorney
3    Eastern District of California
     501 I Street, Suite 10-100
4    Sacramento, California 95814-2322
     Telephone: (916) 554-2760

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA, and          2:08-mc-00066-WBS-KJM
     LYNNE HARTMANN, Revenue
12   Officer, Internal Revenue Service,     **ORDER TO SHOW CAUSE RE:**
                                            **TAX SUMMONS ENFORCEMENT**
13                  Petitioners,
                                            Taxpayer: JOHN RABIDEAU
14         v.

15   JOHN RABIDEAU,                         Date: Wednesday, July 23, 2008
                                            Time: 10:00 a.m.
16                  Respondent.             Ctrm: Hon. Kimberly J. Mueller
                                                  (Crtrm. #26, 8th Floor)
17

18         Upon the petition of McGREGOR W. SCOTT, United States Attorney for the

19   Eastern District of California, and the Exhibit attached thereto, including the verification

20   of Revenue Officer LYNNE HARTMANN, it is hereby:

21         ORDERED that the Respondent, JOHN RABIDEAU, appear before United States

22   Magistrate Judge Kimberly J. Mueller, in that Magistrate Judge's courtroom in the United

23   States Courthouse, 501 I Street, Sacramento, California, on Wednesday, July 23, 2008, at

24   10:00 a.m., to show cause why the respondent should not be compelled to obey the

25   Internal Revenue Service summons issued on March 14, 2008.

26         It is further ORDERED that:

27         1. The United States Magistrate Judge will preside, under 28 U.S.C. Section

28   636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above. After the

ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT                              Page 1

1  hearing, the Magistrate Judge intends to submit proposed findings and recommendations

2  under Local Rule 304(a), with the original thereof filed by the Clerk and a copy provided

3  to all parties.

4      2.  The Court hereby appoints the group manager of the petitioning Internal

5  Revenue Service employee, and all federal employees designated by that group manager,

6  under Fed. R. Civ. P. 4(c)(1), to serve process in this case.

7      3.  A copy of this Order, the Verified Petition and its Exhibit, and the Points and

8  Authorities, shall be served by delivering a copy to the respondent personally or by

9  leaving a copy at the respondent's dwelling house or usual place of abode with some

10  person of suitable age and discretion then residing therein, within 21 days of the date this

11  order is served upon the United States Attorney, unless such service cannot be made

12  despite reasonable efforts.

13      4.  If the federal employee assigned to serve these documents order is unable to

14  serve them as provided in paragraph 3, despite making reasonable efforts to do so, other

15  means of service may be used.  See Fed. R. Civ. P. 81(a)(5).  Such means may include

16  verifying the respondent's place of abode or business by postal trace or otherwise, posting

17  the documents on the door of the respondents' place of abode or business, and mailing an

18  additional copy by ordinary or certified mail.  The federal employee shall make a

19  certificate detailing the efforts made within the 21-day period to serve the respondent as

20  provided in paragraph 3, and the other means of service used.

21      5.  Proof of any service done pursuant to paragraph 3 or 4, above, shall be filed

22  with the Clerk as soon as practicable.

23      6.  The file reflects a prima facie showing that the investigation is conducted

24  pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the

25  information sought is not already within the Commissioner's possession, and that the

26  administrative steps required by the Code have been followed.  United States v. Powell,

27  379 U.S. 48, 57-58 (1964).  The burden of coming forward therefore has shifted to

28  whoever might oppose enforcement.

7.  If the respondent has any defense or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk and a copy served on the United States Attorney at least 10 days prior to the date set for the show cause hearing.

8.  At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition will be considered admitted.

9.  The respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days prior to the date set for the show cause hearing, that the respondent has no objection to enforcement of the summons.  The respondent's appearance at the hearing will then be excused.

DATED: May 22, 2008.


_____
U.S. MAGISTRATE JUDGE