McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and LYNNE HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>JOHN RABIDEAU,<br><br>Respondent. | 2:08-mc-00066-WBS-KJM<br><br>**PETITIONERS' EX PARTE REQUEST TO CONTINUE SHOW-CAUSE HEARING; ORDER**<br><br>Taxpayer: JOHN RABIDEAU<br><br>Date: Wednesday, September 24, 2008<br>Time: 10:00 a.m.<br>Ctrm: Hon. Kimberly J. Mueller<br>　　　(Crtrm. #26, 8th Floor) |

Petitioners, the UNITED STATES OF AMERICA and Revenue Officer LYNNE HARTMANN, who are the only parties who have appeared in this case, hereby request that Judge Mueller continue the Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Wednesday, July 23, 2008, to Wednesday, September 24, 2008, at 10:00 a.m. The continuance is requested because this case is being reassigned from the United States Attorney's Office to the Department of Justice Tax Division, Civil Trial Section, Western Region, in Washington, D.C., to relieve AUSA Himel of some workload. To conserve scarce Tax Division travel funds, the requested date will allow the Tax Division trial attorney to appear for several tax summons enforcement hearings

during the same week.  The Tax Division attorney, when one is assigned to this case, will enter an appearance.  A proposed Order is included should this request be granted.

Dated: June 26, 2008                    McGREGOR W. SCOTT
                                        United States Attorney

                              By:       /s/ Y H T Himel
                                        YOSHINORI H. T. HIMEL
                                        Assistant United States Attorney


## ORDER

IT IS HEREBY ORDERED that the Show Cause hearing in this case is CONTINUED from July 23, 2008, to Wednesday, September 24, 2008, at 10:00 a.m. in Courtroom 26.  Petitioners shall serve a copy of this order on respondent.

DATED:  June 27, 2008.

_____
U.S. MAGISTRATE JUDGE