McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and LYNNE HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>JOHN RABIDEAU,<br><br>Respondent. | 2:08-mc-00066-WBS-KJM<br><br>**PETITIONERS' REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; ORDER**<br><br>Taxpayer: JOHN RABIDEAU<br><br>Date: Dec. 3, 2008<br>Time: 10:00 a.m.<br>Ctrm: Hon. Kimberly J. Mueller<br>     (Crtrm. #26, 8th Floor) |
|---|---|

Petitioners, the UNITED STATES OF AMERICA and Revenue Officer LYNNE HARTMANN, hereby request that the Court grant a continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Wednesday, September 24, 2008 to Wednesday, December 3, 2008, at 10:00 a.m. in the Honorable Kimberly J. Mueller's courtroom. The additional time is needed in order to make further attempts of service upon the respondent, JOHN RABIDEAU. A Proposed Order is attached.

Dated: September 22, 2008                McGREGOR W. SCOTT
                                         United States Attorney

                                  By:    */s/ Y H T Himel*
                                         YOSHINORI H. T. HIMEL
                                         Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that the Order to Show Cause Hearing is hereby continued to Wednesday, December 3, 2008, at 10:00 a.m. in Courtroom 26.

DATED: September 23, 2008.

_____
U.S. MAGISTRATE JUDGE